UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:

    Pedro Fernandes,

Debtor.

**Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-13728 MBK

Adv. No.:

Hearing Date: 12/3/19 @ 9:00 a.m..

Judge: Michael B. Kaplan

## ORDER VACATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 19, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Pedro Fernandes
Case No: 19-13728 MBK
Caption of Order: ORDER VACATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2017 Toyota Camry, VIN: 4T1BF1FK7HU668335, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Leah E. Capece, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to a 2017 Toyota Camry, VIN: 4T1BF1FK7HU668335 is hereby vacated immediately; and

It is further **ORDERED, ADJUDGED and DECREED** the Secured Creditor is not seeking payment from Debtor as there are not outstanding amounts due; and

It is further **ORDERED, ADJUDGED and DECREED** the Debtor's option to purchase the subject vehicle is hereby terminated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.