UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

**Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Pedro Fernandes,

Debtor.

Case No.: <u>19-13728 MBK</u>

Adv. No.:

Hearing Date: 12/3/19 @ 9:00 a.m..

Judge: <u>Michael B. Kaplan</u>

## ORDER VACATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 19, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Pedro Fernandes
Case No:  19-13728 MBK
Caption of Order:  ORDER VACATING STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2017 Toyota Camry, VIN: 4T1BF1FK7HU668335, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Leah E. Capece, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to a 2017 Toyota Camry, VIN: 4T1BF1FK7HU668335 is hereby vacated immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** the Secured Creditor is not seeking payment from Debtor as there are not outstanding amounts due; and

      It is further **ORDERED, ADJUDGED and DECREED** the Debtor's option to purchase the subject vehicle is hereby terminated; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Pedro Fernandes  
    Debtor

Case No. 19-13728-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db        Pedro Fernandes,    116 Cleveland Ave,    Colonia, NJ    07067-2321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:

        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Albert    Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francis T. Tarlecki    on behalf of Creditor    LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Leah E. Capece    on behalf of Debtor Pedro    Fernandes lcapece@leclawonline.com  
        Melissa S DiCerbo    on behalf of Creditor    Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 8