Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13728−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pedro Fernandes
     116 Cleveland Ave
     Colonia, NJ 07067−2321

Social Security No.:
     xxx−xx−1108

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 22, 2023
JAN: pbf

                                                    Jeanne Naughton
                                                  Clerk

Case 19-13728-MBK    Doc 46    Filed 05/24/23    Entered 05/25/23 00:14:32    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
Pedro Fernandes  
    Debtor

Case No. 19-13728-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: May 22, 2023     Form ID: cscnodsc     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pedro Fernandes, 116 Cleveland Ave, Colonia, NJ 07067-2321 |
| 518045466 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 518045472 | | DebtWave, 9325 Sky Park Ct Ste 260, San Diego, CA 92123-4319 |
| 518045477 | | Lakeview Loan Servicing, PO Box 37628, Philadelphia, PA 19101-0628 |
| 518045480 | | PHH Mortgage Services, 2001 Leadenhall Rd, Mount Laurel, NJ 08054 |
| 518047299 | | Sonia Esteves, 116 Cleveland Ave, Colonia, NJ 07067-2321 |
| 518045483 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2023 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518045471 | | Email/Text: correspondence@credit-control.com | May 22 2023 21:18:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518045467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2023 21:27:40 | Cap1/YMAHA, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518045468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2023 21:38:52 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518045470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2023 21:17:15 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518045473 | | Email/Text: mrdiscen@discover.com | May 22 2023 21:17:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518045474 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2023 21:27:54 | DSNB American Express, PO Box 8218, Mason, OH 45040-8218 |
| 518221833 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2023 21:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518057356 | | Email/Text: mrdiscen@discover.com | May 22 2023 21:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518045475 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2023 21:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518045476 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | | |

Case 19-13728-MBK   Doc 46   Filed 05/24/23   Entered 05/25/23 00:14:32   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2023 | Form ID: cscnodsc | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 22 2023 21:19:00 | JH Portfolio Debt Equities, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 518045469 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2023 21:27:32 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518213606 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2023 21:17:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518207057 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 22 2023 21:18:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518045478 | | Email/Text: LC-Bankruptcy-RF@loancare.net | May 22 2023 21:18:00 | LoanCare Servicing CTR, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518045479 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 22 2023 21:18:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518045481 | | Email/PDF: SoFiBKNotifications@resurgent.com | May 22 2023 21:17:12 | Sofi, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 518205208 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 22 2023 21:18:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518045482 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 22 2023 21:18:00 | Toyota Motor Credit Cor, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518193795 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2023 21:27:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045486 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2023 21:27:53 | WF Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 518045484 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2023 21:16:40 | Wells Fargo Bank NV NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 518045485 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2023 21:17:12 | Wells Fargo National Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518124782 | ##+ | VNB Loan Services Inc., POB 1015, Spring Valley, NY 10977-0815 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2023           Signature:     /s/Gustava Winters

Case 19-13728-MBK    Doc 46    Filed 05/24/23    Entered 05/25/23 00:14:32    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2023 | Form ID: cscnodsc | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis T. Tarlecki | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Leah E. Capece | on behalf of Debtor Pedro Fernandes lcapece@leclawonline.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10