**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Pedro Fernandes**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1108<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–13728–MBK | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pedro Fernandes

<u>6/29/23</u>                                                                 **By the court:** <u>Michael B. Kaplan</u>
                                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Pedro Fernandes  
    Debtor

Case No. 19-13728-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 29, 2023      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pedro Fernandes, 116 Cleveland Ave, Colonia, NJ 07067-2321 |
| 518045466 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 518045472 | | DebtWave, 9325 Sky Park Ct Ste 260, San Diego, CA 92123-4319 |
| 518045480 | | PHH Mortgage Services, 2001 Leadenhall Rd, Mount Laurel, NJ 08054 |
| 518047299 | | Sonia Esteves, 116 Cleveland Ave, Colonia, NJ 07067-2321 |
| 518045483 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518045471 | | Email/Text: correspondence@credit-control.com | Jun 29 2023 21:11:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518045467 | + | EDI: CAPITALONE.COM | Jun 30 2023 00:47:00 | Cap1/YMAHA, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518045468 | | EDI: CAPITALONE.COM | Jun 30 2023 00:47:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518045470 | | EDI: CITICORP.COM | Jun 30 2023 00:47:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518045473 | | EDI: DISCOVER.COM | Jun 30 2023 00:47:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518045474 | + | EDI: CITICORP.COM | Jun 30 2023 00:47:00 | DSNB American Express, PO Box 8218, Mason, OH 45040-8218 |
| 518221833 | | EDI: Q3G.COM | Jun 30 2023 00:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518057356 | | EDI: DISCOVER.COM | Jun 30 2023 00:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518045475 | | EDI: IRS.COM | Jun 30 2023 00:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518045476 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 29 2023 21:13:00 | JH Portfolio Debt Equities, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |

Case 19-13728-MBK   Doc 53   Filed 07/01/23   Entered 07/02/23 00:16:19   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 518045469 | | EDI: JPMORGANCHASE | Jun 30 2023 00:47:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518213606 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 21:29:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518045477 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 29 2023 21:11:00 | Lakeview Loan Servicing, PO Box 37628, Philadelphia, PA 19101-0628 |
| 518207057 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 29 2023 21:11:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518045478 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 29 2023 21:11:00 | LoanCare Servicing CTR, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518045479 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 29 2023 21:11:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518045481 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 29 2023 21:18:59 | Sofi, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 518205208 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2023 21:11:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518045482 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 29 2023 21:11:00 | Toyota Motor Credit Cor, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518193795 | + | EDI: AIS.COM | Jun 30 2023 00:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518045486 | | EDI: WFFC2 | Jun 30 2023 00:47:00 | WF Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 518045484 | | EDI: WFFC2 | Jun 30 2023 00:47:00 | Wells Fargo Bank NV NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 518045485 | + | EDI: WFFC2 | Jun 30 2023 00:47:00 | Wells Fargo National Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518124782 | ##+ | VNB Loan Services Inc., POB 1015, Spring Valley, NY 10977-0815 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Angela Nascondiglio Stein | on behalf of Debtor Pedro Fernandes nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis T. Tarlecki | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Leah E. Capece | on behalf of Debtor Pedro Fernandes lcapece@leclawonline.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11